# Exhibit A









# SPEARMINT RHINO
# GENTLEMEN'S CLUB

**2020 E. OLYMPIC BLVD. • LOS ANGELES, CA 90021 • 213-629-9213**
SUN-WED 11AM-2AM • THUR 11AM-3AM • FRI-SAT 11AM-4AM
Must be 18+ with Government Issued I.D. to enter • www.myspace.com/spearmintrhinolosangeles

## FREE ENTRY!
**11am-6:30pm • 7 Days A Week**
1 drink minimum

Visit us on
## THURSDAYS
for

### Two for One Thursdays

**2-for-1 Topless & Nude Dances**

until 8pm

## Kirsten Price
**February 26 - 28, 2009**
Contact Club for Showtimes

### FREE ADMISSION
**with a Drink Purchase**

Present This Coupon For One (1) Free Admission with a Drink Purchase at Spearmint Rhino Los Angeles Only.
Offer good on any purchase. Not valid with any other offer.
Not valid during special engagements.
LA Weekly • Expires 06/01/09

TO SEE THE RHINO GIRLS IN XXX HARDCORE ACTION, LOG ONTO WWW.SPEARMINTRHINO.COM







Every Week Sun-Thurs $5.00 Admission From 7pm-10pm $12.00 Beer Buckets & $5.00 Calls Daily until 10pm

# FULL NUDITY
# FULL LIQUOR

## SPEARMINT RHINO
### GENTLEMEN'S CLUB

- 10 NEW CHAMPAGNE ROOMS • NEW V.I.P. LOUNGE
- BRAND NEW UPSCALE BAR • TWO NEW STAGES

### 2nd Annual Back to Boot Camp Salute Our Troops Party
### Saturday, Nov. 8, 2008

See your favorite Rhino girl dressed in sexy military fatigues
All military ID's get in FREE

**$5 Bombs  $10 Beer Buckets**

Show your military ID and enjoy $100 bottles of Effen or Jack Daniels

**UFC Fight Nov. 15th**
Couture vs. Lesnar
$100 Bottle Specials

$3 Drafts ALL Night Long

### 3rd Annual Spearmint Rhino Thanksgiving Eve Bash
### Wednesday, Nov. 26, 2008

Enjoy $5.00 Pumpkin Pie shots, Apple Pie shots & Wild Turkey shots ALL Night Long

$7 Cranberry Apple Martini Specials Throughout the Night

## The Best Dayshifts in Town!

**Everyday until 8pm**
$10 Dayshift Dances
$4 Food Menu

**Everyday until 10pm**
2-4-1 Drafts • $5 Calls • $3 Wells
$12 Domestic Buckets

2154 ZIP CODE PL. • WEST PALM BEACH, FL 33409
TEL: 561.686.0123
OPEN MON-FRI 12PM-5AM • SAT 2PM-5AM • SUNDAYS 4PM-5AM
21+ TO ENTER • ATM AVAILABLE INSIDE

www.spearmintrhino.com

**ONE FREE ADMISSION**
One person per coupon please.
Not good for special events. WPB loc. Only.
SPEARMINT RHINO GENTLEMEN'S CLUBS
Expires 10/01/08




Case 2:12-cv-00866-CNC   Filed 09/28/12   Page 11 of 14   Document 19-1



Case 2:12-cv-00866-CNC   Filed 09/28/12   Page 12 of 14   Document 19-1



Case 2:12-cv-00866-CNC   Filed 09/28/12   Page 14 of 14   Document 19-1