# Exhibit P



# S. Rhino Torrance

@TorranceRhino

*The world's leader in upscale adult entertainment, with a host of unparalleled Gentlemen's Clubs in the US, Canada, the UK, and Australia. Open 7 days 11am-2am.*

Torrance, CA · http://www.spearmintrhino.com

Follow

**1,453** TWEETS
**1,397** FOLLOWING
**549** FOLLOWERS

**Tweet to S. Rhino Torrance**

| Tweets | > |
| Following | > |
| Followers | > |
| Favorites | > |
| Lists | > |

**Similar to S. Rhino Torrance**

John Lakin @DJJOHNEXP
Follow

Christi @culvercat
Follow

Sean Wald @seanwald
Follow

© 2012 Twitter  About  Help  Terms  Privacy
Blog  Status  Apps  Resources  Jobs
Advertisers  Businesses  Media  Developers

## Tweets


**S. Rhino Torrance** @TorranceRhino — 16h
Britney, Aline, Danika.
Expand

**S. Rhino Torrance** @TorranceRhino — 16h
Join us today for $10 buckets of beer. 20% off all bottles. Girls on shift, Kenny, samantha, Sheila, Jazze, veonica, Jordan, austin, holly,
Expand

**S. Rhino Torrance** @TorranceRhino — 18h
Cmon down to the Rhino. 20% off bottles and 4 for $30 lap dance specials and happy hour from 4p to 8p daily
Expand

**S. Rhino Torrance** @TorranceRhino — 24 Sep
Join us tomorrow night for BIG BOSS TUESDAYS!!! 1/2 off all bottles. $3 jack shots. 4-4$30 dance specials.
Expand


**S. Rhino Torrance** @TorranceRhino — 24 Sep
Girls here now.

Phoenix,Mimi,brazil,Felix,Danika,Caroline,Naja,Jesse,august,Angie....
Expand



**S. Rhino Torrance** @TorranceRhino  24 Sep
Join us tomorrow night for BIG BOSS TUESDAYS!!! 1/2 off all bottles.$3 jack shots.4-4$30 dance specials.get in free with rhino gear...
Expand



**S. Rhino Torrance** @TorranceRhino  24 Sep
Mid shift roster update Samantha Emily Veronica bliss Austin Phoenix and Mimi
Expand



**S. Rhino Torrance** @TorranceRhino  24 Sep
Come down for $3 shot specials,4 for $30 dance specials with Samantha, Emily,Veronica, and a new mystery girl your not gonna wanna miss!
Expand



**S. Rhino Torrance** @TorranceRhino  23 Sep
Roster: Erica, Stacy, maxi, king, Monica, oksana, august, Claudia, Phoenix, Danika, Angie, Naja, Jesse, Alyssa, dawn!
Expand



**S. Rhino Torrance** @TorranceRhino  23 Sep
Join us tonight for melon Sunday! Best melons contest, drink and dance specials, and giveaways!
Expand



**S. Rhino Torrance** @TorranceRhino  23 Sep
Join us today for melon Sunday's, $3 melon balls, $3 melon sours, $5 cantaloupe martinis, bat melons contest.
Expand